**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-21-00571-CV

———

## IN RE RHI TALENT, USA, INC. AND ROMULO SAMUEL TANDAZO CELI, Relators

———

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-00376**

———

## MEMORANDUM OPINION

Relators RHI Talent, USA, Inc. and Romulo Samuel Tandazo Celi filed a petition and, thereafter, an amended petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In their amended petition, relators ask this Court to compel the Honorable Rabeea Sultan Collier, presiding judge of the 113th District Court of Harris County, to vacate two orders signed by the trial court on September 12, 2021: (1) "Order regarding plaintiff's

motion to strike responsible third parties without substantial, direct, and foreseeable cause (proximate cause)"; and (2) "Order regarding plaintiff's motion to strike Noble Energy, Inc. and subcontractors as responsible third parties on the basis of no duty."

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' amended petition for writ of mandamus. We also lift our stay order of October 19, 2021.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.